STATE OF NEW JERSEY, PLAINTIFF-PETITIONER, v. ANGELO RALPH CONTURSI, DEFENDANT-RESPONDENT.

On petition for certification to Superior Court, Appellate Division.

*Mr. Brendan T. Byrne* and *Mr. Peter Murray* for the petitioner.

*Messrs. Accardi & Martino* for the respondent.

April 27, 1964.   Granted.

AMERICAN PHOTOCOPY EQUIPMENT COMPANY, PLAINTIFF-RESPONDENT, v. AMPTO, INC., DEFENDANT-PETITIONER.

On petition for certification to Superior Court, Appellate Division.

See same case below: 82 *N. J. Super.* 531.

*Messrs. Morris, Downing & Sherred, Mr. John R. Knox* and *Mr. Samuel J. Stoll* of the New York bar, for the petitioner.

*Messrs. Clapp & Eisenberg* for the respondent.

April 27, 1964.   Denied.